**MFS Legal, Inc.**
Neal F. Morrow III (SBN 295497)
Michael J. Avila (SBN 337521)
5318 East 2nd Street, #490
Long Beach, CA 90803
(562) 379-2654
lawclerk@calemonlawteam.com (contact)
eservice@calemonlawteam.com (documents)

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT ALAN BATES,<br><br>    Plaintiff,<br><br>  vs.<br><br>FCA US, LLC, et al.,<br><br>    Defendants. | CASE NO.:  2:22-cv-00024-MCE-JDP<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>Judge: Hon. Morrison C. England Jr.<br>Mag. Judge: Hon. Jeremy D. Peterson |

Plaintiff GARRETT ALAN BATES and Defendant FCA US, LLC, hereby stipulates under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action as to Defendant FCA US, LLC, with each party bearing that party's own attorney's fees and costs.

| | |
|---|---|
| Date:  November 17, 2023 | **MFS Legal Inc.** |
| | *(signature)* |
| | _____ |
| | Michael J. Avila, Esq. |
| | Attorneys for Plaintiff |
| | |
| Date: November 17, 2023 | **CLARK HILL LLP** |
| | *(signature)* |
| | _____ |
| | Erin E. Hanson, Esq. |
| | Attorneys for Defendant |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, as to Defendant, FCA US, LLC, with each party bearing that party's own attorney's fees and costs.

Dated:  December 28, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE